Cause No. 1347045

Appeal Cause No. 01-13-00532-CR

| | | |
|---|---|---|
| Wenford Lettsome | § | In The 351st District Court |
| TDCJ-ID No. 01864369 | § | County Criminal Court of Law |
| Petitioner, Pro Se | § | Of Harris County, Texas |
| v. | § | |
| The State of Texas, Appellee | § | |

---

## Motion For Leave and Motion For Extension of Time

---

To The Honorable Judge of Said Court:

COMES NOW, Wenford Lettsome, Petitioner, Pro Se, with his Motion For Leave and Motion For Extension of Time to file his Petition for Discretionary Review and make his request for a 60 day extension of time from January 18, 2015 through March 18, 2015. Respectfully under Rule 68.2(a) enacted in 2011 whereby such matters for filing Motion enbanc are considered.

Petitioner is unable to provide required number of copies because he does not have access to a copy machine due to Dalhart Unit not having an adequate law library where he cannot process legal work as fast as a professional attorney. See Haines v. Kerner, 92 S.Ct. 594 (1972).

### Prayer

Wherefore Premises considered, Petitioner, Wenford Lettsome, prays that this Honorable Court of Criminal Appeals grants him his Motion For Leave and Motion For Extension of Time.

FILED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 15 2015

Abel Acosta, Clerk

1

Prayed and Executed on this the ___9___ day of January, 2015.

_Wenford Lettsome_
Wenford Lettsome #1864369
Petitioner, Pro Se

## Certificate of Service

I, Wenford Lettsome, TDCJ-ID No. 1864369, Petitioner, Pro Se, do hereby certify that a true copy of the foregoing Motion For Leave and Motion For Extension of Time was sent to the Court of Criminal Appeals of Texas, P.O. Box 12308, Capitol Station, Austin, Texas 78711 sent postage prepaid, U. S. Mail, First Class, sent from the Dalhart Unit mailing system, on this the ___9___ day of January, 2015.

_Wenford Lettsome_
Wenford Lettsome #1864369
Petitioner, Pro Se

## Unsworn Declaration

I, Wenford Lettsome, TDCJ #1864369, being presently incarcerated in the Dalhart Unit of the Texas Department of Criminal Justice in Hartley County, Texas declare under penalty of perjury that I am the Petitioner in the above and foregoing pleadings, I have read said pleadings and the factual allegations of the same are true and correct.

Executed on this the ___9___ day of January, 2015.

_Wenford Lettsome_
Wenford Lettsome #1864369
Petitioner Pro Se
Dalhart Unit TDCJ
11950 FM 998
Dalhart, Texas 79022-7624

2

January 9, 2015

Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RE: Motion For Leave and Motion For Extension of Time

To The Honorable Clerk of Said Court:

Enclosed, please find Petitioner's Motion For Leave, and Motion For Extension of time, his certificate of service and Unsworn Declaration. Please file-date stamp a copy and return it to petitioner for his Records. Also, please file these items and forward to the appropriate Court.

Thank you, Honorable Clerk, for your assistance and time in my concerns, at this time.

Respectfully submitted,

Wenford Lettsome #1684369
Petitioner, Pro Se
Dalhart Unit TDCJ
11950 FM 998
Dalhart, Texas 79022-7624

cc/W.L.
"cover letter"

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 15 2015

Abel Acosta, Clerk

WENFORD LETTSOME
TDCJ # 01864369
Dalhart Unit
11950 FM 998
Dalhart, TX 79022

AMARILLO TX 791
12 JAN 2015 PM 2 L

787118230B

Court of criminal Appeals of Texas
P.O. Box 12308, Capitol station
Austin, Texas 78711